# IN THE SUPREME COURT OF ALABAMA



December 12, 2025

**SC-2025-0303**

Mobile Nursing and Rehabilitation Center, LLC, and Michael Britton v. Jeanne Sliman, as personal representative of the Estate of Ernest Sliman, deceased (Appeal from Mobile Circuit Court: CV-25-900191).

## CERTIFICATE OF JUDGMENT

WHEREAS, the ruling on the application for rehearing filed in this case and indicated below was entered in this cause on December 12, 2025:

**APPLICATION OVERRULED. NO OPINION.** Shaw, J. -- Stewart, C.J., and Bryan, Mendheim, and McCool, JJ., concur.

WHEREAS, the above referenced cause has been duly submitted and considered by the Supreme Court of Alabama and the judgment indicated below was entered in this cause on October 17, 2025:

**REVERSED AND REMANDED.** Shaw, J. -- Stewart, C.J., and Bryan, Mendheim, and McCool, JJ., concur.

NOW, THEREFORE, pursuant to Rule 41, Ala. R. App. P., IT IS HEREBY ORDERED that this Court's judgment in this cause is certified on this date. IT IS FURTHER ORDERED that, unless otherwise ordered by this Court or agreed upon by the parties, the costs of this cause are hereby taxed as provided by Rule 35, Ala. R. App. P.

I, Megan B. Rhodebeck, certify that this is the record of the judgment of the Court, witness my hand and seal.

*Megan B. Rhodebeck*

**Clerk, Supreme Court of Alabama**